RANDOLPH ET AL VS UNITED STATES.

Opinion delivered January 14, 1898

Appeal from the United States court for the Northern District.

WILLIAM M. SPRINGER, Judge.

Suit on forfeited bail bond against E. W. Randolph and another. Defendants appeal from an order overruling defendant's motion to quash the summons. Affirmed.

*G. B. Denison, N. B. Maxey, and J. P. Clayton* for appellants.

*Clifford L. Jackson,* for the United States.

CLAYTON, J. The facts of this case are the same as those of the case of Zufall vs U. S. (decided by this court at the present term) 1 Ind. Ter. 638. For the opinion of the court see that case. Judgment affirmed.

THOMAS and TOWNSEND, JJ., concur.